CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, CA 95113
    Telephone: (408) 535-5045
    E-mail:  jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 5:25-cr-00222-PCP |
|     Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE AND EXCLUDE TIME UNDER |
|     v. | ) THE SPEEDY TRIAL ACT FROM JUNE 3, 2026, |
| | ) TO JULY 15 2026 AND ~~[PROPOSED]~~ ORDER |
| HANK RISAN, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Hank Risan, that the status conference hearing currently scheduled for June 3, 2026, at 10:00 a.m. be continued to July 15, 2026, at 10:00 a.m.  The reason for the requested continuance is that newly appointed counsel for the defense needs additional time to review discovery and confer with the client for purposes of effective case preparation.

The parties also agree that time should be excluded under the Speedy Trial Act from June 3, 2026 to July 15, 2026 to permit defense counsel the time necessary to review discovery with Mr. Risan and to allow for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 3, 2026, to July 15,

STIPULATION TO EXCLUDE TIME AND ~~[PROPOSED]~~ ORDER
Case No. 5:25-cr-00222-PCP

1

2026 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO STIPULATED.

DATE: May 29, 2026                    Respectfully submitted,

                                      CRAIG H. MISSAKIAN
                                      United States Attorney

                                      */s/ Jeff Nedrow*
                                      JEFFREY D. NEDROW
                                      Assistant United States Attorney

                                      */s/ (per authorization)*_____
                                      DANIEL BARTON
                                      Counsel for Defendant Hank Risan

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that defendant Hank Risan's status conference scheduled for June 3, 2026, at 10:00 a.m. be continued to July 15, 2026, at 10:00 a.m.

It is also ORDERED that time is excluded from the time computations of the Speedy Trial Act from June 3, 2026 to July 15, 2026, to allow for the effective preparation of counsel. The Court finds that failing to exclude time from June 3, 2026 to July 15, 2026 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between June 3, 2026 to July 15, 2026 outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: ___June 1, 2026_____          _____
                                           HONORABLE P. CASEY PITTS
                                           United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 5:25-cr-00222-PCP
2