**ORDER/COVER SHEET**

**TO:** **Honorable Nathanael M. Cousins**
**Chief U.S. Magistrate Judge**

**RE:** **Hank RISAN**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:25-cr-00222-PCP-1**

**Date:** **September 11, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Jessica Portillo | (510) 637-3755 |
|---|---|
| **Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5, 4th Floor on October 8, 2026, at 1:00 p.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

☐ I agree with the recommendation of the Pretrial Services Officer and hereby order the defendant's Pretrial Release conditions remain the same as indicated below:

1. The defendant must surrender any passports or other travel documents to Pretrial Services by August 15, 2025, and must not apply for other passports or travel documents;
2. The defendant must not possess any firearm, destructive device, or other dangerous weapon;
3. The defendant must not travel outside the Northern District of California; and
4. The defendant must not have contact with victim-investors regarding further investments in BlueBeat Inc.

☐ I agree with the recommendation of the Pretrial Services Officer and hereby order the defendant's Pretrial Release conditions be removed as indicated in italics:

*1. The defendant must submit to supervision by Pretrial Services, must report immediately upon release and thereafter as directed to Pretrial Services;*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

| [signature] | September 11, 2026 |
|---|---|
| **JUDICIAL OFFICER** | **DATE** |